**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JOSHUA M. SCOTT, Trustee of the
Winona Road Trust u/t/d July 24, 2020,

        Plaintiff-Appellant,

v.

MCI COMMUNICATIONS SERVICES,
INC., DBA Verizon Business Services, a
Delaware corporation,

        Defendant-Appellee.

No.    22-35400

D.C. No. 1:20-cv-01626-CL

MEMORANDUM[*]

Appeal from the United States District Court
for the District of Oregon
Michael J. McShane, District Judge, Presiding

Submitted May 13, 2024[**]
San Francisco, California

Before: O'SCANNLAIN, FERNANDEZ, and SILVERMAN, Circuit Judges.

Joshua Scott, as trustee of the Winona Road Trust (the "Trust"), appeals pro

se from the district court's grant of summary judgment to MCI Communications

---

[*] This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**] The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

Services, dba Verizon Business Services ("Verizon"), on the Trust's claims and Verizon's counterclaims. We have jurisdiction under 28 U.S.C. § 1291, and we dismiss the appeal.

A non-attorney trustee may not represent a trust pro se in an Article III court. *See C.E. Pope Equity Tr. v. United States*, 818 F.2d 696, 697–98 (9th Cir. 1987). Even though Scott is the sole trustee and alleged sole beneficiary of the Trust, the appeal is not "his '*own* case personally,'"[1] because the record shows that the settlors retain full control of the revocable Trust.[2]

**DISMISSED.**

---

[1] *Id*. at 697.

[2] *See id*.; *see also Tseng v. Tseng*, 352 P.3d 74, 75–76 (Or. Ct. App. 2015).

22-35400